UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SFBVC, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 22-cv-04289-JSC<br><br>**ORDER RE: CASE SCHEDULE AND FURTHER CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' joint case management conference statement, the further status conference scheduled for August 24, 2023 is continued to October 5, 2023 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance.

Further, the Court amends the case schedule as proposed by the parties on page 11 of their joint statement. (Dkt. No. 49 at 11.)[1] The new deadlines are as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| **Fact Discovery Cutoff** | October 31, 2023 | February 20, 2024 |
| **Expert Witness Disclosures** | November 14, 2023 | March 5, 2024 |
| **Rebuttal Expert Witness Disclosures** | December 12, 2023 | April 2, 2024 |
| **Expert Discovery Cutoff** | January 5, 2024 | April 26, 2024 |
| **Deadline for Filing Dispositive Motions** | January 19, 2024 | May 10, 2024 |
| **Date by Which All Dispositive Motions Must Be Fully Briefed** | February 16, 2024 | June 7, 2024 |
| **Deadline for Hearing Dispositive Motions** | March 8, 2024 | June 28, 2024 |
| **Trial** | April 22, 2024 | August 12, 2024 |

In addition, the pretrial conference will be August 1, 2024 at 2:00 p.m. in person.

The parties are referred to a randomly-assigned magistrate judge for a settlement

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

conference to occur at a time the magistrate judge and parties agree is most appropriate.

Finally, before any discovery dispute joint letter regarding Buena Vista Cafe's responses to Scottsdale's discovery requests may be filed, counsel must meet and confer in person. The in-person meet and confer must occur by August 31, 2023.

**IT IS SO ORDERED.**

Dated: August 21, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge