UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SFBVC, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 22-cv-04289-JSC<br><br>**PRETRIAL ORDER NO. 3: AMENDED EXPERT DISCOVERY DEADLINES** |

As discussed at the further case management conference on October 10, 2024, the new expert discovery deadlines are as follows:

| | |
|---|---|
| Initial Expert Disclosures: | November 5, 2024 |
| Rebuttal Expert Disclosures: | December 11, 2024 |
| Close of Expert Discovery: | February 14, 2024 |

The Court will hold a further case management conference on January 23, 2025 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: October 11, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge