UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SFBVC, LLC,<br>Plaintiff,<br>v.<br>SCOTTSDALE INSURANCE COMPANY,<br>Defendant. | Case No. 22-cv-04289-JSC<br><br>**PRETRIAL ORDER NO. 4** |

Following the March 11, 2025 further case management conference, the Court ORDERS as follows:

1. Motions for summary judgment will be heard on May 1, 2025 at 10:00 a.m. in person.
2. The pretrial conference will be held July 3, 2025 at 2:00 p.m. in person.
3. Daubert motions are not included in each party's limit of five motions in limine.
4. Daubert motions (a separate motion for each expert) shall be briefed according to the following schedule:
   - Daubert motions: May 22, 2025
   - Oppositions: June 5, 2025
   - Replies: June 12, 2025

The Daubert motions will be heard at the pretrial conference.

**IT IS SO ORDERED.**

Dated: March 11, 2025

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California